**IN THE SUPREME COURT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In the Matter of | : | No. 163 DB 2022 (No. 5 RST 2023) |
| | : | |
| DEBORAH L. BENNER | : | Attorney Registration No. 75585 |
| | : | |
| PETITION FOR REINSTATEMENT | : | |
| FROM ADMINISTRATIVE SUSPENSION | : | (Bucks County) |

**O R D E R**

**PER CURIAM**

    **AND NOW**, this 2nd day of February, 2023, the Report and Recommendation of Disciplinary Board Member dated January 19, 2023, is approved and it is ORDERED that DEBORAH L. BENNER, who has been on Administrative Suspension, has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth. The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.